from the final award of the Labor and Industrial Relations Commission denying compensation. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(4).

reviewed the parties' briefs and the record on appeal and find no clear error. Rule 29.15(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The motion court's order denying the movant's Rule 29.15 motion for post-conviction relief is affirmed. Rule 84.16(b)(2).

David MISSEY, Sr., Appellant,

v.

STATE of Missouri, Respondent.

No. ED 94238.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 21, 2010.

Mark A. Grothoff, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., John M. Reeves, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

**ORDER**

PER CURIAM.

The movant, David Missey, Sr., appeals the motion court's order denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We have

Scott Dale PORTER, Respondent,

v.

Darlene Angela PORTER, Appellant.

No. ED 94056.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 21, 2010.

Jon F. Althauser, Union, MO, for appellant.

Taylor D. Goodale, Union, MO, for respondent.

Before: GARY M. GAERTNER, JR., P.J., MARY K. HOFF, J., and PATRICIA L. COHEN, J.

*ORDER*

PER CURIAM.

Darlene Angela Porter appeals from the trial court's Judgment Modifying Child

